255 F.3d 1196 (9th Cir. 2001)
 NATHAN KIMMEL, INC.; NATHAN KIMMEL, LLC; KNF CORP., FORMERLY KNOWN AS KENNEDY NYLON FILM CORP., PLAINTIFFS-APPELLANTS,
v.
DOWELANCO, DEFENDANT-APPELLEE.
 No. 99-56746
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Submitted June 6, 2001 Pasadena, California
Filed July 10, 2001
 
 1
 NOTE: OPINION HAS BEEN WITHDRAWN. SEE NEW OPINION DATED FOR JANUARY 7, 2002.